# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**Bankruptcy Case No.: 08–11123–frm**
Chapter No.: 7
Judge: Frank R. Monroe

IN RE: **Julie Ann Culp**, Debtor(s)

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor has not filed Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management proving compliance with the instructional course requirement for discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of Official Form 23, a statement regarding completion of a course in personal financial management, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: 10/24/08

George D. Prentice II
Clerk, U. S. Bankruptcy Court

[Notice of Ch 7 Case Closed Without Discharge (BK)] [Ntc7cwodBKapac]